**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **MORGAN STANLEY SMITH BARNEY LLC,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | C.A. No. 2-23-cv-14314-KMM |
| v. | : | |
| | : | |
| **TRENT LEYDA, KAY CAMPIONE, and** | : | |
| **JAMES BEINDORF,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**STIPULATION OF DISMISSAL**

**WHEREAS,** on October 13, 2023, Morgan Stanley filed a Complaint against the Respondents seeking temporary injunctive relief;

**WHEREAS**, on October 16, 2023, Morgan Stanley filed a Motion for Temporary Restraining Order and Preliminary Injunction;

**WHEREAS**, on October 17, 2023, the Court issued a Temporary Restraining Order;

**WHEREAS**, on October 18, 2023, Defendants submitted sworn Declarations in response to the Court's Temporary Restraining Order and filed a supplemental Declaration on October 20, 2023;

**WHEREAS**, as a means of resolving this matter in a mutually satisfactory manner and solely to avoid the time and expense of a preliminary injunction hearing and without admitting or denying that any party has engaged in wrongdoing, the parties hereby stipulate as follows:

Pursuant to the agreement of the parties on injunctive relief, this case is dismissed with prejudice and with each party to bear its/his/her own costs and attorneys' fees.

**COSS & MOMJIAN, LLP**
By:   /s/ *Thomas J. Momjian*
Thomas J. Momjian, Esq.
*Admitted pro hac vice*
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004
(610) 667-6800
tjm@cossmomjian.com

    and

**FORDHARRISON LLP**
Daniel K. Miles, Esq.
Florida Bar No. 119930
401 E. Jackson Street, Suite 2500
Tampa, FL  33602
Telephone: (813) 261-7800
dmiles@fordharrison.com

*Attorneys for Plaintiff*
*Morgan Stanley Smith Barney LLC*


**COFFEY BURLINGTON, P.L.**
By:    /s/ *Daniel F. Blonsky*
Daniel F. Blonsky, Esq.
Florida Bar No. 972169
dblonsky@coffeyburlington.com
Scott A. Hiaasen, Esq.
Florida Bar No. 103318
shiaasen@coffeyburlington.com
2601 South Bayshore Drive, Penthouse One
Miami, Florida  33133
Telephone: (305) 858-2900
Facsimile:  (305) 858-5261

    and

**HAMBURGER LAW FIRM, LLC**

Sharron E. Ash, Esq.
*Admitted pro hac vice*
228 Park Ave S, PMB 51917
New York, New York  10003-1502
Telephone: (201) 705-1227
Facsimile:  (201) 705-1201
sash@cnsl.me

*Attorneys for Defendants Trent Leyda,
Kay Campione and James Beindorf*

3